1144

No. 12–606. MALCOLM v. HONEOYE FALLS-LIMA CENTRAL SCHOOL DISTRICT. C. A. 2d Cir. Certiorari denied. ■

No. 12–611. REILLY v. TXU BUSINESS SERVICES CO. C. A. 5th Cir. Certiorari denied.

No. 12–614. MCLEAN ET AL. v. RAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–616. JAR CHEN WANG v. PLASMART, INC. C. A. Fed. Cir. Certiorari denied.

No. 12–621. SHERMAN v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–630. PIGEE v. QUIGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–634. ALEX SOLOMON FAMILY LIMITED PARTNERSHIP ET AL. v. BAYVIEW LOAN SERVICING, LLC. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 12–640. BENDER v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 12–670. HARARI ET AL. v. HOLLMER ET AL. C. A. Fed. Cir. Certiorari denied.

No. 12–734. MEZU v. MORGAN STATE UNIVERSITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–738. DOOL ET AL. v. BURKE ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–740. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5140. MONTGOMERY v. CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5306. MOORE v. FEDERAL BUREAU OF PRISONS. C. A. 5th Cir. Certiorari denied.